IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ABANTE ROOTER AND PLUMBING, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| BIRCH COMMUNICATIONS, INC., | : : | CIVIL ACTION NO. 1:15-cv-3562-AT |
| Defendant. | : : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Case to Complete the Settlement Agreement and Submit a Motion Requesting Preliminary Approval of a Class Action Settlement [Doc. 83]. The Parties have notified the Court that they have reached a settlement in principle to resolve this putative class action and have moved for a stay to finalize the settlement agreement and for Plaintiff to prepare an unopposed motion requesting preliminary approval of the class action settlement. The Motion is **GRANTED** and the Clerk is **DIRECTED** to terminate all pending motions and **ADMINISTRATIVELY CLOSE** the case pending the parties' submission of the settlement approval documents.[1]

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.

**IT IS SO ORDERED** this 20th day of April, 2017.

_____
**Amy Totenberg
United States District Judge**