# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BIRCH COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:15-CV-03562-AT |

## ORDER ON THE CLASS REPRESENTATIVE'S MOTION FOR INTERIM DISTRIBUTION OF SETTLEMENT FUND

Before the Court is the Motion of the Class Representative Abante Rooter and Plumbing, Inc. for Interim Distribution of Settlement Fund [Doc. 97].

As is set forth in the Class Representative's Motion and supporting declarations, Defendant Birch Communications, Inc.'s ("Birch" or "Defendant") parent corporation sought Chapter 11 Bankruptcy protection in the United States Bankruptcy Southern District of New York, *In re Fusion Connection, Inc. et al.,* Chapter 11, Case No. 19-11811 (SMB), halting payments to the Settlement Fund which Birch was to make over a period of three years. As there is $1,220,441.50 remaining for distribution in the Settlement Fund, the Court GRANTS the Class Representative's Motion, and

and orders that AB Data, Ltd. make an interim distribution of $333,333.33 to Class Counsel as attorneys' fees (one-third of the February 4, 2019, $1,000,000 settlement payment); $31,486.86 to Class Counsel for the remaining one-half balance of attorney expenses approved by the Court in the *Final Approval Order*; $12,500.00 to the Abante's class representative for the second half of the incentive award approved by the Court; $36,662.50 to Class Counsel for expenses incurred with Pierce Bainbridge Beck Price & Hecht LLP, the bankruptcy counsel retained by Class Counsel,; and the administration costs for the final distribution, estimated to be $50,000; and the remaining balance of the Settlement Fund after the aforesaid amounts payments, to Settlement Class Members who cashed their first distribution check.

**IT IS SO ORDERED** this 2nd day of June, 2021

**Amy Totenberg**
**United States District Judge**