**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ABANTE ROOTER AND PLUMBING,
INC., individually and on behalf of a
class of all persons and entities similarly
situated,

           Plaintiff

vs.

BIRCH COMMUNICATIONS, INC.

           Defendant.

Case No. 1:15-CV-03562-AT

**DECLARATION OF EDWARD A. BRODERICK IN SUPPORT OF THE
CLASS REPRESENTATIVE'S MOTION FOR FINAL DISTRIBUTION
OF SETTLEMENT FUND**

1.      I make this declaration in support of the Class Representative's

Motion for Final Distribution of Settlement Fund. Except as otherwise noted, I

have personal knowledge of the facts set forth in this declaration, and could testify

competently to them if called upon to do so.

2.      I am an attorney duly admitted to practice in the Commonwealth of

Massachusetts, I am over 18 years of age, am competent to testify and make this

affidavit on personal knowledge.

3.      On December 14, 2017, this Court granted final approval of the Parties' Class Action Settlement, requiring Birch to fund a $12,000,000 Settlement Fund over a three-year payment schedule. *Final Approval Order* ECF 96 (approving *Class Action Settlement Agreement* ECF 85.1 "Settlement Agreement"). In that Order, I was among the attorneys appointed as Class Counsel.

4.      The *Final Approval Order* provided for attorneys' fees to Class Counsel in the amount of $4,000,000 – one-third of the Settlement Fund.  ECF 96 at 7. On October 31, 2018 Birch's payments totaled $6,000,000, and per the Settlement Agreement a distribution was made to Settlement Class Members, Abante for half of its incentive award and half of the awarded attorneys' fees and expenses, as well as administration expenses incurred by the Settlement Administrator, AB Data, Ltd.

5.      On February 4, 2019 (prior to the bankruptcy clawback period which extended back only to March 5, 2019) Birch made a scheduled payment of $1,000,000 into the Settlement Fund. Subsequently, on June 3, 2019 Fusion Connection, Inc. filed for bankruptcy protection.

6.      On receiving the Notice of Bankruptcy, Class Counsel retained Denver G. Edwards, Esq. of Pierce Bainbridge Beck Price & Hecht LLP as bankruptcy counsel in the Southern District of New York to represent Abante and the Settlement Class.

2

7. Class Counsel, together with bankruptcy counsel, attended the meeting to select the members of the Unsecured Creditors Committee in the Southern District of New York on June 19, 2019. Class Counsel, representing Abante, along with three other major creditors of Fusion and its related entities, applied for and was appointed to the Unsecured Creditors Committee.

8. Immediately following the selection meeting, the Unsecured Creditors Committee spent the day interviewing five law firms to select counsel for the Unsecured Creditors Committee, as well as investment firms to represent the Unsecured Creditors Committee in the bankruptcy. The Unsecured Creditors Committee retained Cooley LLP as counsel and AlixPartners, LLP as Financial Advisor to the Unsecured Creditors Committee.

9. Class Counsel, along with bankruptcy counsel, have attended regular Unsecured Creditor Committee calls and meetings. Class Counsel, through bankruptcy counsel, filed a class action proof of claim. The Unsecured Creditors Committee engaged in negotiations with the bankrupt debtor as well as the Secured Creditors Committee regarding litigation budgeting to pursue claim in the bankruptcy as well as the division of returns from that litigation.

10. Class Counsel incurred $36,662.50 in fees with Pierce Bainbridge Beck Price & Hecht LLP, which were paid out of the interim distribution approved by the Court in ECF 98.

11.    Counsel for the Unsecured Creditors' Committee has reported that the last payment to the Settlement Fund, received on March 24, 2026, is the final payment.

12.    NCLC is a national organization and thus is a geographically appropriate cy pres recipient for a national class settlement. NCLC engages in advocacy relating to combating telemarketing and has been approved as a cy pres recipient in numerous TCPA settlements. *See, e.g.*, *Lee v. Glob. Tel\*Link Corp.*, 2018 U.S. Dist. LEXIS 163410, at \*25 (C.D. Cal. Sept. 24, 2018) ("The National Consumer Law Center advocates against automated calls and will further the goals of the absent class members."); *Estakhrian v. Obenstine*, No. CV 11-3480 FMO (CWx), 2016 U.S. Dist. LEXIS 147105, at \*22-23 (C.D. Cal. Oct. 24, 2016) (collecting cases approving NCLC as a cy pres recipient); *Miller v. Ghirardelli Chocolate Co.*, No. 12-cv-04936-LB, 2015 U.S. Dist. LEXIS 20725, at \*25 (N.D. Cal. Feb. 20, 2015); *Custom LED, LLC v. eBay, Inc*, 2014 U.S. Dist. LEXIS 87180, 2014 WL 2916871, \*10 (N.D. Cal. June 24, 2014).

**SIGNED UNDER PAINS AND PENALTIES OF PERJURY OF THE LAWS OF THE UNITED STATES IN THE COMMONWEALTH OF MASSACHUSETTS THIS 27th DAY OF MARCH, 2026**.

/s/ *Edward A. Broderick*
Edward A. Broderick