**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>BIRCH COMMUNICATIONS, INC.<br><br>      Defendant. | Case No. 1:15-CV-03562-AT |

**DECLARATION OF ERIC NORDSKOG IN SUPPORT OF THE CLASS
REPRESENTATIVE'S MOTION FOR FINAL DISTRIBUTION OF
<u>SETTLEMENT FUND</u>**

1.      I am a Director of Case Management for A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      The first distribution of the Settlement Fund was commenced on December 28, 2018. 31,067 checks were cashed by Settlement Class Members totaling $3,248,054.85.

3.      An additional 2,106 checks were not cashed, totaling $220,182.30.

4.      On February 4, 2019, Birch made a scheduled payment of $1,000,000 into the Settlement Fund.

5.      The Court approved an interim distribution of the amount in the Settlement Fund, which A.B. Data completed as ordered.

6.      In the interim distribution, AB Data made the following payments: a) the second half of the Class Representative's Incentive Award, b) one third of the installment payment of $1,000,000 as attorneys' fees and the second half of Class Counsel's previously approved expenses, b) $36,662.50 in bankruptcy fees incurred by Class Counsel with Pierce Bainbridge Beck Price & Hecht LLP, c) settlement administration expenses of $50,000 to AB Data, and d) payments of the balance to Settlement Class Members, of which 25,703 checks were cashed. Due to uncashed checks, $130,823.45 remained in the Settlement Fund.

7.      Since the interim distribution the Settlement Fund has received a total of $691,231.63 from the Unsecured Creditors Committee towards the claim of the Settlement Class.  The final installment was received by the Settlement Fund on March 24, 2026.

2

8.      The current balance in the Settlement Fund is $822,055.08.

9.      AB Data estimates that a final distribution will cost $50,000.

**SIGNED UNDER PAINS AND PENALTIES OF PERJURY OF THE LAWS OF THE UNITED STATES IN THE STATE OF WISCONSIN THIS 27th DAY OF MARCH, 2026**.

/s/ *Eric Nordskog*
Eric Nordskog

3