**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>BIRCH COMMUNICATIONS, INC.,<br><br>   Defendant. | Case No. 1:15-CV-03562-AT |

**ORDER ON THE CLASS REPRESENTATIVE'S MOTION**
**FOR FINAL DISTRIBUTION OF SETTLEMENT FUND**

Before the Court is the Motion of the Class Representative Abante Rooter and Plumbing, Inc. for Final Distribution of Settlement Fund.

As is set forth in the Class Representative's Motion and supporting declarations, Defendant Birch Communications, Inc.'s ("Birch" or "Defendant") parent corporation sought Chapter 11 Bankruptcy protection in the United States Bankruptcy Southern District of New York, *In re Fusion Connection, Inc. et al.,* Chapter 11, Case No. 19-11811 (SMB), halting payments to the Settlement Fund which Birch was to make over a period of three years. As there is $822,055.08 remaining for distribution in the Settlement Fund, the Court GRANTS the Class

Representative's Motion, and orders that AB Data, Ltd. make an final distribution of $230,410.54 to Class Counsel as attorneys' fees (which is one third of the newly recovered $691,231.63 received from the Unsecured Creditors Committee.); and the administration costs for the final distribution, estimated to be $50,000; and the remaining balance of the Settlement Fund after the aforesaid amounts payments, to Settlement Class Members who cashed their prior distribution checks.

The Court further appoints the National Consumer Law Center as the cy pres recipient of any funds remaining in the Settlement Fund that cannot be economically distributed to Settlement Class Members.

**IT IS SO ORDERED** this 6th day of April, 2026

**Amy Totenberg**
**United States District Judge**